IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  STATE OF OKLAHOMA<br><br>*Plaintiff*,<br><br>v.<br><br>1.  MIGUEL CARDONA, in his official capacity as the Secretary of Education; and<br><br>2.  UNITED STATES DEPARTMENT OF EDUCATION;<br><br>*Defendants*. | Case No.  24-CV-00461-HE |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

I enter my appearance as counsel in this case for:

**Plaintiff, State of Oklahoma**

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Respectfully submitted,

*s/ J. Miles McFadden*
J. Miles McFadden, OBA #30166
**TITUS HILLIS REYNOLDS LOVE**
15 East 5th Street, Suite 3700
Tulsa, Oklahoma  74103
(918) 587-6800   FAX:  (918) 587-6822
jmcfadden@titushillis.com

*ATTORNEY FOR PLAINTIFF,*
*THE STATE OF OKLAHOMA*

**CERTIFICATE OF SERVICE**

  I hereby certify that on 7th day of May 2024 I filed the attached document with the Clerk of the Court and served the attached by Certified Mail with postage prepaid to the following:

U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

Miquel Cardona, Secretary of Education
U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

Merrick Garland, US Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC  20530

Robert J. Troester, US Attorney
 for the Western District of Oklahoma
210 Park Ave., Ste. 400
Oklahoma City, OK  73102

            *s/ J. Miles McFadden*
            J. Miles McFadden