## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, Oklahoma

Dated: May 8, 2024

| | |
|---|---|
| STATE OF OKLAHOMA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>MIGUEL CARDONA, ET AL., )<br>)<br>Defendants. ) | NO.  CIV-24-0461-HE |

**ENTER ORDER**:

This proceeding is **TRANSFERRED** to the docket of **Judge Jodi Dishman** and is longer assigned to Judge Joe Heaton.   HEREAFTER, PLEASE REFER TO THIS CASE AS **CIV-24-0461-JD**.

Note that, for future filings in this case, the letters at the end of the case number should now be "**JD**" rather than "**HE**".   This is important to ensure the prompt distribution of pleadings.

**THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE JOE HEATON**.

**Joan Kane, Clerk of Court**
**Western District of Oklahoma**

By:   s/Lisa Minter
Deputy Clerk

Copies to all parties