IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. STATE OF OKLAHOMA<br><br>*Plaintiff*,<br><br>v.<br><br>1. MIGUEL CARDONA, in his official capacity as the Secretary of Education; and<br><br>2. UNITED STATES DEPARTMENT OF EDUCATION;<br><br>*Defendants*. | Case No.   24-CV-00461-JD |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Plaintiff, the State of Oklahoma, respectfully requests an Order permitting it to file a Motion for Preliminary Injunction and Opening Brief in Support ("Motion for Preliminary Injunction") in excess of the page limitation set forth in LCvR 7.1(e). In support of its Motion, Plaintiff alleges and states as follows:

1. Plaintiff filed its Complaint on May 6, 2024 [Dkt. 1]. Plaintiff intends to file a Motion for Preliminary Injunction on June 28, 2024, requesting that a Final Rule published in the Federal Register, *Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Financial Assistance*, 89 Fed. Reg. 33,474 (Apr. 29, 2024), be enjoined from going into effect on August 1, 2024.

2. LCvR 7.1(e) states that briefs submitted to this Court shall not exceed 25 pages unless otherwise authorized by the Court.

3. Plaintiff is preparing to file its Motion for Preliminary Injunction and anticipates that the final brief will be approximately thirty (30) pages, exceeding the limit by five (5) pages. Plaintiff is making every effort to be as concise as possible, but requests leave for additional pages to more thoroughly address numerous legal issues presented by the Final Rule.

4. Defendants have been served with the Summons and Complaint in this matter but have not yet entered an appearance. However, counsel for Plaintiff has contacted the attorney in the Department of Justice who will represent Defendants, and Defendants do not object to the relief requested herein.

WHEREFORE, Plaintiff respectfully requests leave to file its Motion for Preliminary Injunction in excess of twenty-five (25) pages, but not to exceed thirty (30) pages.

Respectfully submitted,

*/s/ Barry G. Reynolds*
Garry M. Gaskins, II, OBA # 20212
*Solicitor General*
Zach West, OBA # 30768
*Director of Special Litigation*
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov

AND

                                      Barry G. Reynolds, OBA # 13202
                                      R. Tom Hillis, OBA # 12338
                                      J. Miles McFadden, OBA # 30166
                                      TITUS HILLIS REYNOLDS LOVE, P.C.
                                      15 E. 5th St., Suite 3700
                                      Tulsa, OK 74103
                                      Phone: (918) 587-6800
                                      Fax:   (918) 587-6822
                                      reynolds@titushillis.com
                                      thillis@titushillis.com
                                      jmcfadden@titushillis.com

                                      *ATTORNEYS FOR PLAINTIFF,*
                                      *THE STATE OF OKLAHOMA*

3

## CERTIFICATE OF SERVICE

This is to certify that on this 27th day of June 2024, the foregoing instrument was electronically filed with the Clerk of the Court by using the CM/ECF system. Since counsel for the Defendants have yet to enter an appearance in this matter, Plaintiff's Counsel will serve a copy of this motion on the Defendants in accordance with F.R.C.P. 4(i) at the following addresses:

Miguel Cardona, Secretary of Education
United States Department of Education
400 Maryland Ave. SW
Washington, D.C. 20202

Miguel Cardona, Secretary of Education
c/o Robert J. Troester, US Attorney for
  Western District of Oklahoma
210 Park Ave., Ste. 400
Oklahoma City, OK  73102

Miguel Cardona, Secretary of Education
c/o Merrick Garland, US Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW,
Washington, DC  20530

United States Department of Education
400 Maryland Ave. SW
Washington, D.C. 20202

United States Department of Education
c/o Robert J. Troester, US Attorney for
  Western District of Oklahoma
210 Park Ave., Ste. 400
Oklahoma City, OK  73102

United States Department of Education
c/o Merrick Garland, US Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW,
Washington, DC  20530

 /s/ *Barry G. Reynolds*
Barry G. Reynolds

4