# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-24-00461-JD |
| | ) |
| MIGUEL CARDONA, in his official capacity | ) |
| as the Secretary of Education; and UNITED | ) |
| STATES DEPARTMENT OF EDUCATION, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Defendants' Consent Motion for Extension of Time to Respond to Complaint ("Motion"). [Doc. No. 23]. The Motion seeks to extend Defendants' deadlines to answer, move against, or otherwise respond to Plaintiff's Complaint [Doc. No. 1] to August 8, 2024. The Motion indicates that Plaintiff is not opposed to the extension of time.

For good cause shown and under Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.1(h), the Court GRANTS the Motion and extends the deadlines for Defendants to answer, move against, or otherwise respond to Plaintiff's Complaint to August 8, 2024.

IT IS SO ORDERED this 3rd day of July 2024.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE