## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-24-00461-JD |
| | ) | |
| MIGUEL CARDONA, in his official capacity | ) | |
| as the Secretary of Education; and UNITED | ) | |
| STATES DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER SETTING EXPEDITED BRIEFING

Before the Court is Plaintiff's Motion for Preliminary Injunction ("Motion").
[Doc. No. 21] filed on June 28, 2024. The Motion seeks a preliminary injunction or stay
barring a Department of Education Final Rule from going into effect on August 1, 2024.

Under Local Civil Rule 7.1(g), this matter is set for expedited briefing. Any
response brief by Defendants shall be filed on or before **Tuesday, July 16, 2024**. Any
reply brief by Plaintiff (to address new information or material only) must be filed no
later than **Thursday, July 18, 2024**.

As with all motions before this Court, the parties are expected to confer and see if
they can reach any agreements on the Motion. If the issues described above are resolved
by agreement at any time, counsel shall immediately notify the Court.

IT IS SO ORDERED this 3rd day of July 2024.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE