# U.S. District Court

## Oklahoma Western - Oklahoma City

Receipt Date: Jul 12, 2024 2:58PM

Lauren Can Driesen

| Rcpt. No: 500007732 | | Trans. Date: Jul 12, 2024 2:58PM | | | Cashier ID: #DB |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 111 | Pro Hac Vice | DOKW524LB000123 /001 LIBRARY FUND | 1 | 100.00 | 100.00 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| CH | Check | #1064 | 07/11/2024 | | $100.00 |
| | | | Total Due Prior to Payment: | | $100.00 |
| | | | Total Tendered: | | $100.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: PHV: Giancarlo Genaro Piccinini CV-24-461-JD

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.