## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-24-00461-JD |
| | ) | |
| MIGUEL CARDONA, in his official capacity | ) | |
| as the Secretary of Education; and UNITED | ) | |
| STATES DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is a Motion for Relief Under Local Rule 83.3(c) ("Motion").

[Doc. No. 35]. Local Civil Rule 83.3(a) states: "[A]ny attorney who is not a resident of,

and does not maintain an office in, Oklahoma shall show association with an attorney

who is personally appearing in the action and who is a resident of Oklahoma and

maintains a law office within the State of Oklahoma, and who has been duly and

regularly admitted to practice in this court." "Relief from this rule is within the court's

discretion upon motion establishing financial hardship, special qualifications of non-

resident counsel, or other good cause, provided that out-of-state counsel certifies

familiarity with the local civil court rules." LCvR83.3(c).

Deputy General Counsel Giancarlo G. Piccinini with the State of New Jersey

seeks relief from this requirement under LCvR83.3(c), to participate as counsel for

proposed *amici curiae* in this matter. Motion at 1. The Motion explains that the proposed

state amici do not seek party status or oral argument, but only to file an amicus brief. It

states that, "Given the minimal involvement of Proposed State Amici in this matter, the obligations and duties of counsel can be fulfilled without the necessity of local counsel. Further, the time and expense required to locate, screen, and educate local counsel in this posture presents a hardship to Proposed State Amici." *Id.* at 2.

Under LCvR83.3(c), and for good cause shown, the Court GRANTS the Motion and permits Giancarlo G. Piccinini to participate as counsel for the proposed *amici curiae*, which are New Jersey, California, and Pennsylvania. This Order may be vacated, revisited, or modified by the Court at any time.

IT IS SO ORDERED this 15th day of July 2024.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE