IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. STATE OF OKLAHOMA<br><br>*Plaintiff*,<br><br>v.<br><br>1. MIGUEL CARDONA, in his official capacity as the Secretary of Education for the United States Department of Education;<br><br>and<br><br>2. UNITED STATES DEPARTMENT OF EDUCATION;<br><br>*Defendants*. | Case No. CIV-24-0461-JD |

## PLAINTIFF'S SUPPLEMENT TO ITS MOTION FOR PRELIMINARY INJUNCTION AND OPENING BRIEF IN SUPPORT

Pursuant to this Court's Order dated July 15, 2024 (Doc. 38), Plaintiff, the State of Oklahoma, submits as a Supplement to its Motion for Preliminary Injunction and Opening Brief in Support (Doc. 21) the attached Exhibits: (1) the Declaration of Peyton Moser, Exhibit 1; (2) the Declaration of Eric Sailer, Exhibit 2; and (3) the Declaration of Karson Merrell, Exhibit 3.

Respectfully submitted,

*s/ Barry G. Reynolds*
Garry M. Gaskins, II, OBA # 20212
*Solicitor General*
Zach West, OBA # 30768
*Director of Special Litigation*
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st St.
Oklahoma City, OK 73105
Phone: (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov

AND

Barry G. Reynolds, OBA # 13202
R. Tom Hillis, OBA # 12338
J. Miles McFadden, OBA # 30166
TITUS HILLIS REYNOLDS LOVE, P.C.
15 E. 5th St., Suite 3700
Tulsa, OK 74103
Phone: (918) 587-6800
Fax:    (918) 587-6822
reynolds@titushillis.com
thillis@titushillis.com
jmcfadden@titushillis.com

*ATTORNEYS FOR THE STATE OF OKLAHOMA*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 17th day of July, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Hannah M. Solomon-Strauss
Hannah.M.Soloman-Strauss@usdoj.gov

Benjamin Thomas Takemoto
benjamin.takemoto@usdoj.gov

Giancarlo Piccinini
giancarlo.piccinini@law.njoag.gov

Pardis Gheibi
pardis.gheibi@usdoj.gov

                                        */s/ Barry G. Reynolds*
                                         Barry G. Reynolds