IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. CIV-24-00461-JD |
| MIGUEL CARDONA, in his official capacity as the Secretary of Education; and UNITED STATES DEPARTMENT OF EDUCATION, | ) ) ) ) ) |
| Defendants. | ) ) |

# **ORDER**

Before the Court is the Motion for Leave to File a Brief as Amici Curiae in Support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction ("Motion") [Doc. No. 42] filed on behalf of Proposed Amici States New Jersey, California, Pennsylvania, Colorado, Delaware, District of Columbia, Hawaii, Illinois, Massachusetts, Michigan, Minnesota, New York, Oregon, Rhode Island, Vermont, and Washington (hereinafter, "Amici States"). The proposed brief is included as Exhibit 1 to the Motion.

The Court GRANTS the Motion. The Amici States *amicus curiae* brief shall be filed by **Thursday, July 25, 2024**, and it shall not differ from Exhibit 1 included in the Motion.

IT IS SO ORDERED this 22nd day of July 2024.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE