IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  STATE OF OKLAHOMA<br><br>*Plaintiff*,<br><br>v.<br><br>1.  MIGUEL CARDONA, in his official capacity as the Secretary of Education for the United States Department of Education;<br><br>and<br><br>2.  UNITED STATES DEPARTMENT OF EDUCATION;<br><br>*Defendants*. | Case No. CIV-24-0461-JD |

**PLAINTIFF'S FIRST NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Local Rule 7.1(l), the State of Oklahoma ("Plaintiff" or "Oklahoma"), submits this Notice of Supplemental Authority. Yesterday, July 24, 2024, the Eastern District of Missouri issued a preliminary injunction of Defendants' Final Rule for Title IX, applying to Arkansas, Missouri, Iowa, Nebraska, North Dakota, and South Dakota, as well as a private plaintiff in Arkansas. *See* Memo. and Order, *Arkansas v. United States Dep't of Educ.*, No. 4:24-CV-636-RWS (E.D. Mo. July 24, 2024) (attached as Exhibit 1). The court found that the States had a fair chance of success on the merits, the States were likely to suffer significant irreparable harm, and the public interest and balance of the equities favored the States, in part because an injunction would maintain the longstanding status quo. The court declined to issue a nationwide injunction, but it did enjoin the Final Rule in

its entirety in part because the contested definition of sex "permeates the entire Rule," making it "a nearly impossible task" to issue more limited relief. *Id.* at 50.

        Respectfully submitted,

        *s/ Barry G. Reynolds*
        Garry M. Gaskins, II, OBA # 20212
        *Solicitor General*
        Zach West, OBA # 30768
        *Director of Special Litigation*
        OFFICE OF ATTORNEY GENERAL
        STATE OF OKLAHOMA
        313 N.E. 21st St.
        Oklahoma City, OK 73105
        Phone: (405) 521-3921
        Garry.Gaskins@oag.ok.gov
        Zach.West@oag.ok.gov

        AND

        Barry G. Reynolds, OBA # 13202
        R. Tom Hillis, OBA # 12338
        J. Miles McFadden, OBA # 30166
        TITUS HILLIS REYNOLDS LOVE, P.C.
        15 E. 5th St., Suite 3700
        Tulsa, OK 74103
        Phone: (918) 587-6800
        Fax:   (918) 587-6822
        reynolds@titushillis.com
        thillis@titushillis.com
        jmcfadden@titushillis.com

        *ATTORNEYS FOR THE STATE OF OKLAHOMA*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Hannah M. Solomon-Strauss
Hannah.M.Soloman-Strauss@usdoj.gov

Benjamin Thomas Takemoto
benjamin.takemoto@usdoj.gov

Giancarlo Piccinini
giancarlo.piccinini@law.njoag.gov

Pardis Gheibi
pardis.gheibi@usdoj.gov

                                              */s/ Barry G. Reynolds*
                                              Barry G. Reynolds