# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STATE OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-24-00461-JD |
| | ) | |
| MIGUEL CARDONA, in his official capacity | ) | |
| as the Secretary of Education; and UNITED | ) | |
| STATES DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE

Earlier today, the Court issued its Order granting the State of Oklahoma's Motion for Preliminary Injunction. [Doc. No. 48]. Given the importance of the issues and the nature of the other actions and appeals, *see id.* at 5 n.2, the Court anticipates Defendants will appeal. Consequently, this Court intends to administratively terminate this action on the district court docket pending further direction from the U.S. Court of Appeals for the Tenth Circuit and possibly the U.S. Supreme Court.

If no appeal is anticipated, or if any of the parties object to the Court administratively terminating the action until further action by this Court is required, the parties shall notify the Court by Friday, August 2, 2024, by filing an appropriate notice with the Court. Otherwise, the Court will administratively terminate the action to be reopened by any filing by the parties or by an appellate court order or opinion requiring further action by this Court.

Entered this 31st day of July 2024.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE