IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA,<br><br>*Plaintiff*,<br><br>v.<br><br>MIGUEL CARDONA, in his official capacity as Secretary of Education, et al.,<br><br>*Defendants*. | Case No. CIV-24-0461-JD |

## NOTICE OF APPEAL

NOTICE is hereby given that Defendants Miguel Cardona, in his official capacity as Secretary of Education; the United States Department of Education; and the United States of America[1] appeal to the United States Court of Appeals for the Tenth Circuit from the Court's July 31, 2024 Order, ECF No. 48, granting Plaintiff State of Oklahoma's Motion for Preliminary Injunction, ECF No. 21.

Dated: September 27, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

EMILY B. NESTLER
Assistant Branch Director

*/s/ John T. Lewis*
ELIZABETH TULIS
REBECCA KOPPLIN

---

[1] Although the United States of America is not identified as a defendant in the case caption, on the docket, or in the Court's preliminary-injunction order, it is identified in paragraph 16 of the Complaint, and has been included here solely out of an abundance of caution.

BENJAMIN TAKEMOTO
PARDIS GHEIBI
CLAYTON L. BAILEY
JOHN T. LEWIS (D.C. Bar No. 1033826)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel: (202) 353-0533
Fax: (202) 616-8460
E-mail: john.t.lewis.iii@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2024, I electronically transmitted the attached document to the clerk of court using the ECF System. Based on the records currently on file, the clerk of court will transmit a Notice of Electronic Filing to the following ECF registrants:

Barry G. Reynolds
Reynolds@titushillis.Com

Garry M. Gaskins, II
Gmg@drumlaw.Com

J. Miles McFadden
Jmcfadden@titushillis.Com

R. Tom Hillis
Thillis@titushillis.Com

Zachary P. West
Zach.West@oag.Ok.Gov

*/s/ John T. Lewis*
John T. Lewis