**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**March 14, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

---

STATE OF OKLAHOMA,

    Plaintiff - Appellee,

v.

LINDA MCMAHON*, in her official capacity as the Secretary of Education; UNITED STATES DEPARTMENT OF EDUCATION,

    Defendants - Appellants.

------------------------------

STATE OF CALIFORNIA; STATE OF NEW JERSEY; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW YORK; STATE OF OREGON; STATE OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON,

    Amici Curiae.

No. 24-6205
(D.C. No. 5:24-CV-00461-JD)
(W.D. Okla.)

---

\* On March 4, 2025, Linda McMahon became the Secretary of Education. Consequently, her name has been substituted for Denise L. Carter as Defendant-Appellant, Per Fed. R. App. P. 43(c)(2).

## ORDER

_____

This matter is before the court on the party's stipulation to dismiss, which the court construes as a motion to voluntarily dismiss this appeal pursuant to Fed. R. App. P. 42(b). The motion, as construed, is granted. Each party will bear its own costs.

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk